**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Kohren Rowland, | ) | Case No. 18-12425 (BLS) |
| | ) | |
| Debtor. | ) | |

## 1ST MODIFIED CHAPTER 13 PLAN

**I.    Notice**

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1 AND YOUR RIGHTS MAY BE AFFECTED BY THIS PLAN. IF YOU OPPOSE THE PLAN'S TREATMENT OF YOUR CLAIM OR ANY PLAN PROVISION YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO CONFIRMATION AT LEAST 7 DAYS BEFORE THE DATE SET FOR THE CONFIRMATION HEARING. THE BANKRUPTCY COURT MAY CONFIRM THIS PLAN WITHOUT FURTHER NOTICE IF NO OBJECTION IS FILED. SEE BANKRUPTCY RULE 3015. YOU SHOULD NOTE THE FOLLOWING:

- **N/A**    **The plan seeks to limit the amount of a secured claim, as set out in III.2, which may result in partial payment or no payment at all to the secured creditor**
- **N/A**    **The plan will seek avoidance of a lien or security interest**
- **X**    **The plan contains nonstandard provisions in paragraph VI**

**II.    Plan payments and length of Plan:** The future earnings of the Debtor are submitted to the supervision and control of the court and the Debtor's employer or the Debtor shall pay to the Trustee the sum of **$203.00** (monthly) for **60** months.

**III.    Plan Distribution:** The Debtor has obtained interim confirmation of the Plan dated April 25, 2019 (the "Prior Plan") and all actions taken pursuant to the Prior Plan's terms are hereby ratified and approved including distributions made to allowed creditors, and this Amended Plan shall, by this reference, so include all such actions and distributions.

From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. **Priority Claims:** Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (A) Debtor's Counsel Fees: **$2,335.00** to be paid through the plan **(in the first 9 installments)**: (Debtor has paid $1,665.00 Retainer plus $2,335.00 in plan for

a total of $4,000.00 in Attorney Fees to be paid through this plan. The Debtor has also paid Court Filing Fees and out of pocket costs).

(B) Priority Taxes:

**Philadelphia Gas Works:** No payments as property has been surrendered.

Taxes: Upon confirmation, once the proof of claim as filed has been paid, the debt is paid in full and discharged, including all interest and penalties, except nothing herein alters the application of the discharge provisions of the Bankruptcy Code, including those as set forth in 11 U.S.C. §§ 1328(a)(2), and 523(a).

(C) Domestic Support Obligations: **N/A**
(D) Other Priority or Administrative Expenses:

- Student Loans: N/A

2. **Secured Claims:**

    o Pro rata with
    X **Or Subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:**

    (A)   Long term or mortgage debt: Mortgage: N/A

    (B)   Secured Vehicle Debt:  N/A

3. **Surrender of Collateral and Co-Debtor Relief:**
Surrender – Secured Collateral to: **1st mortgage lienholder PNC Bank, N.A.,** in full satisfaction of Claim No. 5, for property located at 4963 Rubicam Street, Philadelphia, PA.  Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. §362 is terminated as to the property and any interest in the property.

4. **Unsecured Claims:** Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

    - General allowed unsecured creditors will be paid 100% of their allowed claim of which is approximately $8,681.00.

IV. **Leases or Executory Contracts:** The following leases or executory contracts of the Debtor will be treated as follows: **N/A**

**V.** **Vesting of Property:** Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Unless otherwise ordered, upon conversion of the case to Chapter 7 all undistributed plan payments received from Debtor's post-petition wages shall be refunded to the Debtor. Upon dismissal, unless otherwise ordered, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

**VI.** **Nonstandard Provisions:** Any other nonstandard provision placed elsewhere in this plan is void.

**VII.** **Filing Proof of Claim Required:** A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the website www.deb.uscourts.gov and client on "File a Claim: and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file paper claim, go to the website www.uscourts.gov and click on "Services and Forms, the click on Bankruptcy Forms, then Select B410-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

/s/ Debtor Signed Previous Plan on File                     8/9/2019
Debtor's Signature                                          Date

**The undersigned certifies that this plan contains no nonstandard provision other than as set forth in paragraph VI above.**

/s/ Cynthia L Carroll                                       8/9/2019
Cynthia L. Carroll, Esquire                                 Date
262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor

4/25/19: Amended to surrender the Philadelphia secured property.

5/15/19: Amended to correct surrender and unsecured language.

5/17/19: Amended to include interim confirmed plan language

5/30/19: Amended to correct surrender language.

8/9/19: Modified to provide for Philadelphia Gas Works Bill, Claim No. 1 and will not be paid through the plan (property surrendered).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Kohren Rowland | ) | Case No. 18-12425 (BLS) |
| | ) | |
| Debtor. | ) | |

**1ST MODIFIED CHAPTER 13 PLAN ANALYSIS**

Debtor: <u>Kohren Rowland</u>       Case No.: 18-12425 <u>(BLS)</u>

Prior:  Bankruptcy () Chapter 13 ()       Date:

Estimated Length of Plan: <u> 60 </u> months       Trustee Use:

§341 Meeting Date:<u>          </u>       Continued:<u>                </u>

Confirmed Date: <u>          </u>

TOTAL DEBT PROVIDED FOR UNDER
THE PLAN AND ADMINISTRATIVE EXPENSES

| | |
|---|---|
| Total Priority Claims (Class One) | $_____ |
| Unpaid attorney's fees | $     2,335.00 |
| Taxes | $         0.00 |
| Other | $_____ |
| | |
| Total of Payments to Cure Defaults (Class Two) | $         0.00 |
| Total of Payments on Secured Claims (Class Three) | $         0.00 |
| Total of Payments on Unsecured Claims (Class Four) | $     8,681.00 |
| Sub-total | $    11,016.00 |
| Total Trustee's Compensation (10% of debtor's payments) | $     1,101.60 |
| Total Debt and Administrative Expenses | $    12,117.60 |

RECONCILIATION WITH CHAPTER 7

Interest of Class Four Creditors If Chapter 7 Filed
1.  Value of Debtor's Interest in Non-exempt Property       $_____
2.  Plus:  Value of Property Recoverable Under Avoiding
     powers       $_____
3.  Less:  Estimated Chapter 7 Administrative Expense       $_____
4.  Less:  Amounts Payable to Priority Creditors other

|  |  |
|---|---|
| than costs of administration | $_____ |
| 5. Equals: Estimated Amount Payable to Class Four Creditors if Chapter 7 Filed (if negative, enter zero) | $_____ |
| Estimated Dividend Under Plan | $_____ |

/s/ Debtor Signed Previous Plan on File            8/9/2019
Debtor's Signature            Date


/s/ Cynthia L Carroll            8/9/2019
Cynthia L. Carroll, Esquire            Date
262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor